## NATIONAL REGISTERED AGENTS, INC.

Update this Business

**Entity Number:** 7209417-0250
**Company Type:** Commercial Registered Agent Entity
**Address:** 1108 E SOUTH UNION AVENUE Midvale, UT 84047
**State of Origin:**

**Applicant**
**Applicant Name:**
Commercial Registered Agent

There are no principal individuals on file with the Division for this entity.

### Status: Active

Purchase Certificate of Existence

**Status:** Active   as of 12/09/2008
**Renew By:** N/A
**Status Description:** License Issuance
**Employment Verification:** <u>Not</u> Registered with Verify Utah

### History

View Filed Documents

**Registration Date:** 12/09/2008
**Last Renewed:** N/A

### Doing Business As

KETTERING UNIVERSITY

<< Back to Search Results

Business Name:

Give Feedback