




EXHIBIT 1