

EXHIBIT 3