THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JAMES CAMORAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, LLC<br><br>Defendant. | **Order Granting Motion to Vacate Deadline**<br><br>Case No. 4:23-cv-00118-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on Plaintiff's Motion to Vacate Deadline for Plaintiff to File Response to Defendant's Motion to Dismiss ("Motion")[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is GRANTED as follows: Plaintiff shall file a response to Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support[2] within 14 days of the entry of an order resolving Plaintiff's Objections to Order Denying Plaintiff's Motion for Leave to File First Amended Complaint.[3]

Signed September 30, 2024.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Docket no. 25, filed May 23, 2024.

[2] Docket no. 16, filed March 1, 2024.

[3] Docket no. 26, filed June 1, 2024.